**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

JEFFREY WASS, and MARK SMITH,
individually and on behalf of a class of others
similarly situated,

                Plaintiffs,

                                       Case No. 09-CV-2254-JWL-KGS

v.

NPC INTERNATIONAL, INC.,

                Defendant.

**CERTIFICATE OF SERVICE**

Defendant NPC International, Inc., through its undersigned counsel, hereby certifies that a copy of NPC's Voluntary Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26(a)(1) was served via U.S. mail, postage prepaid, this 15th day of October, 2009, on the following:

    George A. Hanson
    Jack D. McInnes
    Richard M. Paul, III
    STUEVE SIGEL HANSON LLP
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112

    Mark A. Potashnick
    Ilya I. Ruvinskiy
    WEINHAUS & POTASHNICK
    11500 Olive Blvd., Suite 133
    St. Louis, Missouri 63141

    ATTORNEYS FOR PLAINTIFFS

3703355 v1

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:     /s/   Kevin M. Smith
        Lori R. Schultz, KS Bar No. 13446
        Mark C. Tatum, KS Bar No. 19137
        Kevin M. Smith, D. Kan. No. 70649

2555 Grand Blvd.
Kansas City, Missouri  64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
E-mail:  mtatum@shb.com
         lschultz@shb.com
         ksmith@shb.com

ATTORNEYS FOR DEFENDANT NPC INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

George A. Hanson
Jack D. McInnes
Richard M. Paul, III
STUEVE SIGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

Mark A. Potashnick
Ilya I. Ruvinskiy
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141

ATTORNEYS FOR PLAINTIFFS


          /s/   Kevin M. Smith
          Attorney for Defendant